# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2011

143028

ESTATE DEVELOPMENT COMPANY,
     Plaintiff-Appellee,

v

OAKLAND COUNTY ROAD COMMISSION,
     Defendant-Third-Party/
     Plaintiff-Appellant,

v

THOMPSON-McCULLY COMPANY, a/k/a
THOMPSON-McCULLY COMPANY, L.L.C.,
     Third-Party Defendant/
     Third-Party Plaintiff-Appellee,

v

OAKLAND EXCAVATING COMPANY,
OWEN TREE SERVICE, and ACKLEY
CONSTRUCTION,
     Third-Party Defendants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143028
COA: 291989
Oakland CC: 2004-057182-CC

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2011

0810

_____
Clerk